No. 90. WILLIAM R. COWAN, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF ILLINOIS EX REL. JOHN E. W. WAYMAN, State's attorney. In error to the Supreme Court of the State of Illinois. Argued November 13, 1914. Decided November 30, 1914. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 107; *Consol. Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 596, 599, 600. See *Shedd* v. *People*, 217 U. S. 597. *Mr. Harry S. Mecart-*

*ney* for the plaintiff in error.   *Mr. Patrick J. Lucey* and *Mr. L. H. Strawn* for the defendant in error.